## (October 24, 1940.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MOE HART, Appellant, v. BERT TRUESDELL, Undersheriff of the County of Orange, Respondent.— Appeal from an order dismissing a writ of habeas corpus. Petitioner, indicted and tried with others for conspiracy to engage in policy playing in violation of sections 970 and 974 of the Penal Law, was acquitted. Petitioner was also indicted for violation of sections 970 and 974 of the Penal Law, being charged with such policy playing. He now pleads double jeopardy and seeks release through this habeas corpus proceeding. The crime of conspiring to operate a policy game is a separate and distinct crime from the crime of policy playing. (*People* v. *Tavormina*, 257 N. Y. 84.) The former is not a part of the latter and an acquittal of the former charge is not a bar to a prosecution of the latter. (*People* v. *Faden*, 271 N. Y. 435; *Bens* v. *United States*, 266 Fed. 152; *State* v. *Sias*, 17 N. H. 558.) Under the conspiracy indictment petitioner could not have been convicted on proof of the facts contained in the second indictment and, therefore, an acquittal on the first is not a bar to the second. (*Commonwealth* v. *Roby*, 12 Pick. [Mass.] 496; *Bens* v. *United States, supra; People* v. *Rodgers*, 184 App. Div. 461, at p. 463; affd., 226 N. Y. 671.) Order affirmed, without costs. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

## (October 25, 1940.)

In the Matter of the Application of SANFORD BATES for Admission to Practice as an Attorney and Counselor at Law. (From the State of Massachusetts.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Application of WILBUR R. BLINN, Respondent, for an Order Directing S. HOWARD COHEN and Others, Commissioners of Elections of the City of New York, Constituting the Board of Elections of the City of New York, to Receive the Certificate of Nomination of WILBUR R. BLINN and to Place the Name of the Said WILBUR R. BLINN on the Official Ballot and on the Official Voting Machines to Be Used at the General Election to Be Held on November 5th, 1940, as the Republican Candidate for Member of Assembly from the 17th Assembly District, in Said County of Kings. FRED MORITT, Appellant.— Order granting petitioner's motion affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

In the Matter of the Application of MAURICE J. FLEISCHMAN, THEODORE ORNSTEIN and THOMAS F. NUGENT, Respondents, for a Determination, Pursuant to Section 330 of the Election Law, of the Validity of the Nominating Petition Filed in Behalf of Lorenzo C. Carlino and Harry J. Fleming as Candidates of the Citizens Tax Reduction Party for the Office of Mayor and Councilman of the City of Long Beach, Respectively. LORENZO C. CARLINO and HARRY J. FLEMING, Appellants. — Order striking from the records of the board of elections of the county of Nassau the petition of appellants, Lorenzo C. Carlino and Harry J. Fleming, nominating said persons as independent candidates of the Citizens Tax Reduction Party for mayor and councilman, respectively, of the city of Long Beach and directing said board to reject said petition, affirmed. No opinion. Motion for leave to appeal to the Court of Appeals denied. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.